UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

TRAVIS HENSLEY, )
    Plaintiff, )
     )
v. ) No. 3:10-CV-319
     ) (Phillips)
ROBERT CHADWELL, et al., )
    Defendants. )

## ORDER

On March 31, 2011, defendants filed a motion to dismiss this action for plaintiff's failure to prosecute. Plaintiff failed to respond to the motion, and on August 15, 2011, the court issued an order directing plaintiff to show cause in writing on or before September 12, 2011, why this action should not be dismissed for failure to prosecute. Plaintiff was advised that failure to respond could result in dismissal of this action.

Plaintiff has failed to respond to the court's order, indicating to the undersigned that he has no interest in prosecuting this action. Accordingly, this case is **DISMISSED** for failure to prosecute.

    **IT IS SO ORDERED.**

                                ENTER:

                                         s/ Thomas W. Phillips
                                      United States District Judge